United States District Court        Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
August 24, 2020
David J. Bradley, Clerk

Matt Lisk, et al., §
§
    Plaintiffs, §
§
versus §    Civil Action H-19-4500
§
Christensen Bridge and Rail, LLC, et al., §
§
    Defendants. §

## Conditional Dismissal

1. Having been advised that a settlement has been reached, this case is dismissed with prejudice. (44)

2. The parties may move for reinstatement by September 2, 2020.

3. This court retains jurisdiction to enforce the settlement.

Signed on August 21, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge